UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRISTAN SMITH-KENNEDY,<br><br>  Plaintiff,<br><br>v.<br><br>DEPARTMENT OF EDUCATION, et al,<br><br>  Defendant. | Case No. 2:13-cv-01670-APG-CWH<br><br>**Order Accepting Report and Recommendation and Dismissing Case** |

On March 6, 2014, Magistrate Judge Hoffman entered his Report & Recommendation [Dkt. #3] recommending dismissal of Plaintiff's Complaint. No objection has been filed to that Report & Recommendation. The Court has conducted a de novo review of the issues set forth in the Report & Recommendation, pursuant to Local Rule IB 3-2. Judge Hoffman's Report & Recommendation sets forth the proper legal analysis, and the factual basis, for the decision. Therefore,

IT IS HEREBY ORDERED that the Report and Recommendation is accepted, and this case is DISMISSED.

Dated: May 6, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE